IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROMA, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:18-cv-02071 |
| | § | |
| VS. | § | |
| | § | |
| BARIVEN, S.A. AND PDVSA SERVICES, INC., | § | |
| | § | |
| Defendants. | § | |

## CORRECTED FINAL DEFAULT JUDGMENT

Before the Court is Plaintiff BROMA, LLC's ("**Plaintiff**") *Motion for Default Judgment Against Defendants* (the "**Motion**") seeking entry of a final default judgment for the relief demanded in Plaintiff's *Original Complaint* (D.E. # 1) (the "**Complaint**"). The Motion is supported by the *Affidavit of Bruce W. Akerly in Support of Plaintiffs' Motion for Default Judgment Against Defendants* and *Affidavit of Bill Rohr in Support of Plaintiffs' Motion for Default Judgment Against Defendants* (collectively, the "**Affidavits**"). The Motion and Affidavits establish that Plaintiff is entitled to the relief sought in the Complaint, that Defendants are in default for failing to timely file answers or otherwise respond to the Complaint, and that the individual Defendants are not incapacitated, infants, or in military service. Therefore, in accordance with Federal Rule of Civil Procedure 55, Fed. R. Civ. P. 55,

It is ORDERED, ADJUDGED and DECREED and the Court further finds as follows:

1. All statements of fact contained in the Complaint are incorporated herein by reference, taken as true, and deemed admitted by Defendants.

2. Plaintiff shall have and recover of and from the Defendants, jointly and severally, the amount of $639,631.50 (the "**Amount Due**");

3. Plaintiff shall have and recover of and from Defendants, jointly and severally, pre-judgment interest on the Amount Due at the rate of 6% per annum from the date this Action was filed (June 21, 2018) through the date of entry of this Final Default Judgment;

4. Plaintiff shall have and recover of and from Defendants, jointly and severally, reasonable attorneys' fees and expenses in the amount of $3,134.50 and expenses and costs of Court of $1,711.50 due and owing to Plaintiff for a total of $4,846.00;

5. Plaintiff shall have and recover of and from Defendants, jointly and severally, post-judgment interest on the total of the foregoing amounts at the rate of ___ % until the amount awarded is fully and finally satisfied;

6. Plaintiff shall be and is entitled to all writs and process necessary to enforce this judgment; and

7. This is a final judgment

Signed this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE